Now let me turn back on our to Geico. Do we have Mr. Conroy? There you are, Mr. Conroy. So you have the only defendant who has not stipulated to settlement. Am I correct about that? Your Honor, you're correct insofar as we've not agreed to the settlement of the underlying case in its entirety. But during the last argument, in fact, I have reached an agreement with Geico's counsel to stipulate to vacating Judge Block's order in the district court, which would render my appeal moot. And I've agreed to withdraw it on that basis. So that's the only thing you're appealing is the order, not the underlying case? That's correct. Are you a defendant in the underlying case? I am. But the appeal is limited to the issuance of the injunction. So did you agree to the dismissal of the underlying case? We have not agreed to the dismissal of the underlying case, only to vacating the order that is subject to this appeal. So we don't want this case persisting on our dockets if it is closed. But no one is telling me that there's nothing left. Max Gershinoff, is anything left in this case? Your Honor, this is Max Gershinoff. The claims against Mr. Conroy's clients would remain in the case unless and until we settle with them. But, you know, this was an appeal from Judge Block's order issuing a preliminary injunction. So all the appeals from the order of Judge Block are now disposed of. So if we just send the case back to Judge Block, he would take it on as the underlying case. Geico versus all these health care providers. It would only be, this is Mr. Roberts speaking, there would only be the two defendants left at this point. I can represent that all of the other appellants slash defendants have resolved their litigation in its entirety. So if Mr. Conroy's withdrawing his appeal, then it's going to go back to the district court with the injunction remaining in place with the remaining two defendants? He's removing his appeal. Mr. Shapiro is removing his appeal to the order, to the injunction. So what would be left is Geico's underlying case against, and Mr. Roberts is saying, against the other defendants is gone. I want to know what our order should say. Well, we're withdrawing our appeal as moot because the plaintiffs have agreed to stipulate with me to vacate the order, which is the subject matter of this appeal. The only subject matter. So, Mr. Gershinoff, does the case still exist? Your lawsuit against these health care providers? The underlying case will still exist as to Mr. Conroy's clients, at least for the moment, Your Honor. But there will be no basis for Mr. Conroy's appeal because we are stipulating to vacate Judge Block's underlying order. But in the fullness of time, this case could come back to us. I think that it's very unlikely, Your Honor, to come back to the court in the fullness of time. I think that it's much more likely that we're going to reach a settlement with Mr. Conroy's clients as well. Just as we have reached a settlement with all of the other defendants in the case. We can dismiss for lack of appellate Judge Dixon. Yeah. Is that correct? That's correct. That's right, Your Honor. And you all agree on that, which is what we will do. It would be very helpful, though, to have something filed, something in writing to support. The steps were defective. So, if you can deal with that. I believe that's been corrected, Your Honor. Mr. Roberts speaking, forgive me. I believe that's already been corrected. So, if all the 42 steps are filed, we can then comfortably dismiss this case for lack of appellate jurisdiction. I represent to you, Your Honor, that we will make that undertaking today to be certain that that occurs. Correct, Judge. Your Honor, we apologize for this procedural awkwardness this morning. Nobody wanted it. We took the matter very seriously, as has Your Honor. And one of these things where counsel worked very late last evening to come to real terms and get a final document for almost everyone in the case. So, I apologize for the procedural awkwardness this morning. We're doing the best we can. I think we're in agreement, although we haven't conferred yet, that we can dismiss this case for lack of jurisdiction. It's good to hear that lawyers are still working long hours. Thank you all very much.